**\* Amended \***

# CRIMINAL APPEALS – CERTIFICATE
## To Be Filed with Court of Appeals
### TRIAL COURT NO.: B14554

STATE OF TEXAS

Vs.

TAMARA MCCRACKEN

IN THE DISTRICT COURT

198th JUDICIAL DISTRICT

OF KERR COUNTY, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
12/30/15 9:25:27 AM
KEITH E. HOTTLE
Clerk

1. Date Notice of Appeal filed in Trial Court:  December 3rd, 2015

**\*** 2. Has a motion for new trial been filed: _X_ Yes  _____ No  Date Filed: December 22nd, 2015

   Will a motion for new trial be filed:  _____ Yes  _____ No

3. Date of Judgment signed:  November 30th, 2015

4. The Honorable:  M. Rex Emerson presided at trial.

5. The Defendant is represented by: M. Patrick Maguire Bar No. 24002515
945 Barnett Street, Kerrville, Tx 78028 830-895-2590

6. The State is represented by: Scott Monroe, Bar No. 14272700
200 Earl Garrett, Ste 201 Kerrville, Tx 78028  830-896-4744

7. Defendant's Counsel is _____ Retained __X__ Appointed _____ Pro se

8. Defendant was convicted in this court of the offense of: Possession of Controlled Substance-Heroin
<1G, Drug Free Zone

9. Name & Address of Court Reporter:  Paula Beaver PO Box 233 Comfort, Tx 78013

10. The trial was before the Court: Without a Jury _X_. A Jury on both Guilt & Punishment____.
A Jury on Punishment Only ___. A Jury on Guilt Only_____.

11. Sentence was imposed/suspended on: November 30th, 2015 (3) Years in the Institutional Division-TDCJ

Witness my hand this the 30 th day of December, 2015.

Robbin Burlew
Kerr County District Clerk
By_____ Deputy
Tammy Marquart

**\* Motion for New Trial has now been filed**

NO. B14-554

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 198TH JUDICIAL DISTRICT |
| | § | |
| TAMARA JOY MCCRACKEN | § | KERR COUNTY, TEXAS |

## MOTION FOR NEW TRIAL AND MOTION IN ARREST OF JUDGMENT

### TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Tamara Joy McCracken, the Defendant in the above styled and numbered cause, and files this Motion for New Trial and Motion in Arrest of Judgment pursuant to Rules 21 and 22 of the Texas Rules of Appellate Procedure, and in support thereof would show this court the following:

1. The Defendant was sentenced on November 30, 2015. This Motion, filed within the thirty-day timetable, is therefore timely. A hearing must be commenced before the 75th day after the sentence, which is February 13, 2016, or this motion is overruled by operation of law.

2. The verdict in this cause is contrary to the law and the evidence. See Tex. R. App. P. 21.3.

3. The trial court has the discretion to grant a new trial in the interests of justice, as the Court of Criminal Appeals has emphasized:

For more than one hundred and twenty years, our trial judges have had the discretion to grant new trials in the interest of justice. In Mullins v. State, 37 Tex. 337, 339-340 (1872-73), the Supreme Court, which at that time had criminal jurisdiction, held:

. . . The discretion of the District Court, in granting new trials, is almost the

only protection to the citizen against the illegal or oppressive verdicts of prejudiced, careless, or ignorant juries, and we think the District Court should never hesitate to use that discretion whenever the ends of justice have not been attained by those verdicts.

State v. Gonzalez, 855 S.W.2d 692 (Tex. Crim. App. 1993).

4.    For the foregoing reasons, and for such other reasons that may arise on the hearing of this Motion, Defendant requests a new trial.

**WHEREFORE, PREMISES CONSIDERED**, Defendant prays that the Court set aside the judgment of conviction entered in this cause and order a new trial on the merits.

Respectfully submitted,

M. PATRICK MAGUIRE, P.C.
Attorney and Counselor
945 Barnett Street
Kerrville, Texas 78028
Tel: (830) 895-2590
Fax: (830) 895-2594

By:_____
M. Patrick Maguire
State Bar No. 24002515
mpmlaw@ktc.com
Attorney for Tamara Joy McCracken

## CERTIFICATE OF PRESENTMENT

By signature above, I hereby certify that a true and correct copy of the above and foregoing has been hand-delivered to the Office for the 198th Judicial District Court of Kerr County, on this day, December 22, 2015.

## CERTIFICATE OF SERVICE

This is to certify that on December 22, 2015, a true and correct copy of the above

and foregoing document was served on the District Attorney's Office, Kerr County, 402

Clearwater Paseo, Suite 500, Kerrville, Texas 78028, by hand delivery.

_____
M. Patrick Maguire

## NO. B14-554

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| vs. | § | 198th JUDICIAL DISTRICT |
| | § | |
| TAMARA MCCRACKEN | § | KERR COUNTY, TEXAS |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Tamara McCracken, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Tamara McCracken.

Respectfully submitted,

BRETT FERGUSON
327 Earl Garrett Ste 104
Kerrville, Texas 78028
Tel: (830) 895-2544
Fax: (830) 895-3353

FILED _12/3_ 20_15_
@ _3:34_ _P_M

**ROBBIN BURLEW**
District Clerk, Kerr County, TX
By _____ Deputy

By:_____
Brett L. Ferguson
State Bar No. 24040889
bferg@ktc.com
Attorney for Tamara McCracken

## CERTIFICATE OF SERVICE

This is to certify that on December 3, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Kerr County by hand delivery.

_____
Brett L. Ferguson

CAUSE NO. B14-554--MTP

| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | 198th JUDICIAL DISTRICT |
| | § | |
| TAMARA JOY MCCRACKEN | § | KERR COUNTY, TEXAS |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT TO APPEAL

I, judge of the trial court, certify this criminal case:

___✓___ is not a plea-bargain case, and the defendant has the right of appeal. [or]

_____ is a plea-bargain case, but matters were written by motion and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal. [or]

_____ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

_____ is a plea-bargain case, and the defendant has NO right of appeal. [or]

_____ the defendant has waived the right of appeal.

_____          _____
Judge                                         Date Signed

I have received a copy of the certification. I have also been informed of the rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeal's judgment and opinion to my last known address and I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any changes in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
Defendant: TAMARA JOY McCRACKEN
Mailing Address: 120 CRESSCENT DR
                 KERRVILLE, TX  78028
Telephone Number: (830) 370-2591
Fax Number (if any):

_____
Defendant's Counsel: BRETT LYLE FERGUSON
State Bar of Texas ID#:
Mailing Address:
Telephone Number: (830) 895-2544
Fax Number (if any): (830) 895-3353

FILED___11/30_____20_15
@___3:08___P_M

ROBBIN BURLEW
District Clerk, Kerr County, TX
By_____

Cause No. B14-554

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE 198TH JUDICIAL |
| v. | § | DISTRICT COURT OF |
| TAMARA JOY McCRACKEN | § | KERR COUNTY, TEXAS |

## ADJUDICATION OF GUILT;
## SENTENCE To **Institutional Division, TDCJ**

| | |
|---|---|
| DATE OF JUDGMENT: | **NOVEMBER 30, 2015** |
| JUDGE PRESIDING: | **M. REX EMERSON** |
| ATTORNEY FOR THE STATE: | **SCOTT F. MONROE, DA/ STEPHEN HARPOLD, ADA** |
| ATTORNEY FOR THE DEFENDANT: | **BRETT FERGUSON** |
| OFFENSE: | **POSSESSION OF A CONTROLLED SUBSTANCE— HEROIN <1G, DRUG FREE ZONE** |
| STATUTE FOR OFFENSE: | **Article 481.115, Section    , Health and Safety Code** |
| DEGREE OF OFFENSE: | **Third Degree Felony** |
| APPLICABLE PUNISHMENT RANGE (Including enhancements if any): | **Third Degree 2-10 in prison/max $10,000 fine** |
| DATE OF OFFENSE: | **SEPTEMBER 5, 2014** |
| DATE OF COMMUNITY SUPERVISION ORDER: | **FEBRUARY 6, 2015** |
| CHARGING INSTRUMENT: | **Indictment** |
| TERMS OF PLEA AGREEMENT (IN DETAIL): | **NONE** |
| PLEA TO MOTION TO ADJUDICATE: | **True** |
| FINDING AS TO ALLEGATIONS IN MOTION TO ADJUDICATE: | **True** |
| CONDITIONS OF COMMUNITY SUPERVISION VIOLATED (as set out in the **motion to adjudicate**): | **As set out in State's Exhibit A** |
| AFFIRMATIVE FINDING ON DEADLY WEAPON | **Not Applicable** |
| OTHER AFFIRMATIVE SPECIAL FINDINGS : | **Drugs/alcohol affected this crime** |
| DATE SENTENCE IMPOSED: | **NOVEMBER 30, 2015** |
| PUNISHMENT AND PLACE OF CONFINEMENT: | _Three (3)_ **YEARS in the Institutional Division-TDCJ** |
| TIME CREDITED TO SENTENCE: | **71 DAYS** |
| COURT COSTS: | **$ _70_**              $_____ ATTY FEES |
| TOTAL AMOUNT OF RESTITUTION: | **$-0-** |
| NAME AND ADDRESS FOR RESTITUTION: | **N/A** |

FILED __11 30__ 20_15_
@ _3:07_ _P_ M

ROBBIN BURLEW
District Clerk, Kerr County, TX
By _____

DOB: 02/04/1980          SS#: 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          SID#: TX06578409

This sentence shall run **consecutive to B14-555**. The sentence this case shall begin after the sentence in B15-555 is completed.

On the date stated above, the Defendant entered a plea of **Guilty** to the offense stated above and was granted a deferred adjudication in the above numbered and styled cause. The Defendant was placed on community supervision as stated above, subject to the conditions of supervision set out in the order in this cause. Thereafter, and during the period of supervision, the State filed a motion to adjudicate in this cause, alleging that the Defendant had violated conditions of supervision set out in said order.

On the date stated above, the above numbered and entitled cause was regularly reached and called for a hearing on the motion to adjudicate, and the State appeared by the attorney stated above, and the Defendant and the Defendant's attorney, as stated above, were also present. Thereupon both sides announced ready for the hearing, and the Defendant, Defendant's attorney, and the Defendant waived the reading of the motion to adjudicate, and, upon being asked by the Court as to how the defendant pleaded, entered a plea of **True** to the allegations in the motion to revoke.

Adjudication of Guilt; Direct Sentence; Page 1 of 2 Pages

Thereupon, the Defendant was admonished by the Court of the consequences of the plea; it appeared to the Court that the Defendant was competent and that the defendant was not influenced in making said plea by any consideration of fear or by an persuasion prompting said plea; and the Court received the free and voluntary plea, which is now entered of record in the minutes of the court. The Court, after hearing all of the evidence for the State and the Defendant and arguments of counsel, was of the opinion and found that the Defendant violated the conditions of community supervision as stated above.

The Court then adjudicated the Defendant guilty of the offense stated above and found the offense was committed on the date stated above. A pre-sentence investigation report **was not required or done.** After hearing additional evidence on the issue of punishment, if any, the Court then assessed punishment as stated above.

And thereupon the Court asked the Defendant whether the Defendant had anything to say why said sentence should not be pronounced upon said Defendant, and the Defendant answered nothing in bar thereof. Whereupon the Court proceeded to pronounce sentence upon said Defendant as stated above.

It is therefore ORDERED, ADJUDGED and DECREED by the Court that the defendant is guilty of the offense stated above, the punishment is fixed as stated above, and the State of Texas do have and recover of said defendant all court costs in this prosecution expended, for which execution will issue.

It is ORDERED by the Court that the Defendant be taken by the authorized agent of the State of Texas or by the Sheriff of this county and be safely conveyed and delivered to the **Director, Institutional Division-TDCJ,** there to be confined in the manner and for the period aforesaid, and the said defendant is hereby remanded to the custody of the Sheriff of this county until such time as the Sheriff can obey the directions of this sentence. The defendant is given credit as stated above on this sentence for the time spent in county jail. The Defendant also is ordered to pay restitution to the person(s) named above in the amount specified above.

Signed on the 30TH day of NOVEMBER, 2015.

JUDGE PRESIDING

Defendant's right thumbprint



Cause No. B14554

THE STATE OF TEXAS
VS.
Tamara McCracken

The defendant has violated the terms and conditions of her probation as follows:

## (b) AVOID INJURIOUS OR VICIOUS HABITS:

- Defendant failed to avoid injurious or vicious habits and abstain from the use or possession or narcotic drugs or controlled substances, namely amphetamine, on or about the 1st day of May, 2015 as evidenced by defendant's admission of use.

- Defendant failed to avoid injurious or vicious habits and abstain from the use or possession or narcotic drugs or controlled substances, namely methamphetamine, on or about the 7th day of June, 2015 as evidenced by defendant's admission of use.

- Defendant failed to avoid injurious or vicious habits and abstain from the use or possession or narcotic drugs or controlled substances, namely methamphetamine, on or about the 15th day of June, 2015 as evidenced by urinalysis drug test.

- Defendant failed to avoid injurious or vicious habits and abstain from the use or possession or narcotic drugs or controlled substances, namely amphetamine, on or about the 15th day of June, 2015 as evidenced by urinalysis drug test.

- Defendant failed to avoid injurious or vicious habits and abstain from the use or possession or narcotic drugs or controlled substances, namely benzodiazepine, on or about the 15th day of June, 2015 as evidenced by urinalysis drug test.

- Defendant failed to avoid injurious or vicious habits and abstain from the use or possession or narcotic drugs or controlled substances, namely methamphetamine, on or about the 3rd day of November, 2015 as evidenced by defendant's admission of use.

- Defendant failed to avoid injurious or vicious habits and abstain from the use or possession or narcotic drugs or controlled substances, namely heroin, on or about the 4th day of November, 2015 as evidenced by defendant's admission of use.

## (d) REPORT:

- Defendant failed to report for an administrative hearing at the Kerr County CSCD on the 26th day of June, 2015.

## (m)(1) COURT COSTS:

- Defendant failed to pay Court Costs in the amount of $413.00 instanter (or as directed by further order of the Court) and currently has a remaining balance of $413.00.

## (m)(2) FINE:

- Defendant failed to pay Fine in the amount of $1500.00 instanter (or as directed by further order of the Court) and currently has a remaining balance of $1500.00.

Cause No. B14554

THE STATE OF TEXAS
VS.
Tamara McCracken

## (m)(3) PROBATION FEES:

- Defendant failed to pay probation fees in the amount of $60.00 per month for the months of March, April, May, June, July, August, September, October, and November 2015, for a delinquency of $540.00.

## (m)(4) ATTORNEY FEES:

- Defendant failed to pay restitution to county for Court appointed attorney fees in the amount of $667.50 payable instanter (or as directed by further order of the Court) and currently has a remaining balance of $667.50.

## (o) FINANCIAL STATEMENT:

- After default in monthly Court ordered payments defendant failed to file a sworn statement with the Probation Office listing individually all monthly income and expenses.

## (q) 2. RANDOM URINALYSIS:

- Defendant failed to pay for urinalysis testing and currently owes $36.00.

## (s) COMMUNITY SERVICE:

- Defendant failed to perform 150 hours of community service at a minimum of 16 hours of service per month and currently has 140 hours remaining.

## (u) 4. ABSTAIN FROM ALL USE OF ALCOHOL AND NARCOTIC DRUGS-CONTROLLED SUBSTANCES:

- Defendant failed to abstain from all use of alcohol and narcotic drugs-controlled substances, namely amphetamine, on or about the 1st day of May, 2015 as evidenced by defendant's admission of use.

- Defendant failed to abstain from all use of alcohol and narcotic drugs-controlled substances, namely methamphetamine, on or about the 7th day of June, 2015 as evidenced by defendant's admission of use.

- Defendant failed to abstain from all use of alcohol and narcotic drugs-controlled substances, namely methamphetamine, on or about the 15th day of June, 2015 as evidenced by urinalysis drug test.

- Defendant failed to abstain from all use of alcohol and narcotic drugs-controlled substances, namely amphetamine, on or about the 15th day of June, 2015 as evidenced by urinalysis drug test.

- Defendant failed to abstain from all use of alcohol and narcotic drugs-controlled substances, namely benzodiazepine, on or about the 15th day of June, 2015 as evidenced by urinalysis drug test.

- Defendant failed to abstain from all use of alcohol and narcotic drugs-controlled substances, namely methamphetamine, on or about the 3rd day of November, 2015 as evidenced by defendant's admission of use.

- Defendant failed to abstain from all use of alcohol and narcotic drugs-controlled substances, namely heroin, on or about the 4th day of November, 2015 as evidenced by defendant's admission of use.

**LAST KNOWN ADDRESS: 114 Candlelite Dr, Ingram, TX 78025**